UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CURTIS C. MORTEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| ANTHONY WILLIAMS, et al., | ) 05 1098 |
| Defendants. | ) |

## ORDER

Plaintiff has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $250.00 for this action of 28 U.S.C. § 1915(b)(1)(A) and (B). Accordingly, it is this 27th day of May, 2005,

**ORDERED**, that:

1. The Plaintiff is not obligated to pay an initial partial filing fee payment.

2. The Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as partial payments on the $250.00 filing fee.

3. The payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

4.  A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5.  Plaintiff's application to proceed *in forma pauperis* is granted.

*[signature]*
United States District Judge