UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS MORTEN,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY WILLIAMS, et al.,<br><br>Defendants. | Civil Action No. 05-01098 (RJL) |

**ORDER**

Having considered Defendants' Motion for Enlargement, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this ____ day of ____, 2005:

ORDERED: that Defendants' Motion for Enlargement shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that Defendants shall have up to and including September 3̶0̶, 2005 to answer or otherwise respond to the Complaint.

_____
Richard J. Leon
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001

Curtis C. Morten
DC264-145
DC Jail
1901 D Street, SE
Washington, D.C. 20003