Case 1:05-cv-01098-RJL   Document 8-2   Filed 09/02/2005   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS MORTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-01098 (RJL) |
| v. | ) |
| | ) |
| ANTHONY WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Defendants' Motion for Enlargement, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this 14th day of Sept, 2005:

ORDERED: that Defendants' Motion for Enlargement shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that Defendants shall have up to and including September 320, 2005 to answer or otherwise respond to the Complaint.

_____
Richard J. Leon
United States District Judge