UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CURTIS C. MORTEN,           )
                            )
        Plaintiff,          )
                            )
        v.                  )   Civil Action No. 05-1098 (RJL)
                            )
ANTHONY WILLIAMS, et al.,   )
                            )
        Defendants.         )

ORDER

This matter is before the Court on defendants' motion to dismiss the complaint. Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall respond to defendants' motion to dismiss by **November 8, 2005**, or the Court will treat the motion as conceded and may dismiss the case.

Date: 10/8/05

Richard J. Leon
United States District Judge

