UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS MORTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-cv-01098 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS**

Defendants respectfully submit this Supplemental Memorandum of Points of Authorities to notify the Court that Plaintiff has conceded Defendants' pending Motion to Dismiss through non-opposition. Defendant filed its motion to dismiss on September 29, 2005. On October 11, 2005 this Court ordered that Plaintiff's opposition, if any, was to be filed no later than November 8, 2005. It is now December 1, 2005, and Plaintiff has not filed an opposing memorandum of points and authorities. Because Plaintiff did not file an opposition, the Court may treat the motion as conceded. LCvR 7.1(b); see also Buggs v. Powell, 293 F. Supp. 2d 135, 141 (D.D.C. 2003)(arguments to which no response is offered may be treated as conceded). The Court should therefore enter an Order dismissing this matter. A proposed Order was submitted along with Defendant's Motion to Dismiss on September 29, 2005.

Dated: December 1, 2005

        Respectfully submitted,

        ROBERT SPAGNOLETTI
        Attorney General for the
        District of Columbia, D.C.

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____
        KIMBERLY M. JOHNSON
        Chief, General Litigation Section I
        D.C. Bar No. 435163

        _____
        WENDEL V. HALL
        Assistant Attorney General
        D.C. Bar No. 439344
        Suite 6S012
        441 Fourth St., N.W.
        Washington, D.C. 20001
        (202) 724-6608
        (202) 727-0431 (FAX)
        E-mail: wendel.hall@dc.gov
        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Defendants' Supplemental Memorandum of Points and Authorities in Support of its Motion to Dismiss, was sent on this 1st day of December, 2005 to:

Curtis C. Morten
DC 264-145
DC JAIL
1901 D. Street, SE
Washington, D.C. 20003
PRO SE

_____
WENDEL HALL
Assistant Attorney General