UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 7 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CURTIS C. MORTEN,           )
                            )
            Plaintiff,      )
                            )
     v.                     )   Civil Action No. 05-1098 (RJL)
                            )
ANTHONY WILLIAMS, et al.,   )
                            )
            Defendants.     )

ORDER

By Order filed October 11, 2005, plaintiff was directed to respond to defendant's motion to dismiss by November 8, 2005, or risk dismissal of the case. Plaintiff has not opposed the motion or sought additional time to do so. Accordingly, it is this 7th day of January 2006,

ORDERED that defendant's motion to dismiss [# 10] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.



Richard J. Leon
United States District Judge